AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  8:18-cv-01504-JDW-AEP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Civil Process Clerk for U.S. Attorney Maria Chapa Lopez

was received by me on *(date)*        06/21/2018        .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  I served the summons, complaint, and all case-initiating documents on the individual via
certified mail with return receipt on July 9, 2018. A copy of the certified mail receipt and
return receipt are attached hereto as Exhibit 1 and 2 respectfully.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    08/14/2018

                                                    /s/ Priya Kamath
                                                    *Server's signature*

                                            Priya Kamath, Litigation Assistant
                                                    *Printed name and title*

                                                    705 Second Ave
                                                    STE 203
                                                    Seattle, WA 98104
                                                    *Server's address*

Additional information regarding attempted service, etc: