UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

| | |
|---|---|
| GULF RESTORATION NETWORK, SIERRA CLUB, and CENTER FOR BIOLOGICAL DIVERSITY, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| NATIONAL MARINE FISHERIES SERVICE, | ) ) ) |
| Defendant, | ) ) |
| AMERICAN PETROLEUM INSTITUTE, | ) ) ) |
| Defendant-Intervenor. | ) |

CASE NO. 8:18-cv-01504-JDW-AEP

**STIPULATED AMENDMENT TO SETTLEMENT AGREEMENT**

The Parties, Gulf Restoration Network, Sierra Club, and Center for Biological Diversity ("Plaintiffs"), the National Marine Fisheries Service ("Federal Defendant," or "NMFS"), and American Petroleum Institute ("Defendant-Intervenor") have agreed to amend the settlement agreement previously entered in the above-captioned case (ECF Nos. 61 & 62) ("Settlement") on the terms memorialized in this Stipulated Amendment to Settlement Agreement ("Amendment").

WHEREAS, the Settlement provides, in pertinent part, that Federal Defendant shall

1

complete consultation and issue the Programmatic Biological Opinion on or before November 5, 2019.

WHEREAS, notwithstanding the dismissal of this action the Court has retained jurisdiction to oversee compliance with the terms of this Stipulation and to resolve any motions to modify such terms.

WHEREAS, the Settlement expressly provides that its terms, including the deadline specified in Paragraph 1 for completing consultation and issuing the Programmatic Biological Opinion, may be modified by the Court upon good cause shown, consistent with the Federal Rules of Civil Procedure, by written stipulation between the parties filed with and approved by the Court.

WHEREAS, Federal Defendant has notified the parties that it wishes to extend the deadline in the Settlement for completing consultation and issuing the Programmatic Biological Opinion and the parties have met and conferred telephonically in a good faith effort to reach agreement on this request.

WHEREAS, the parties' discussions with regard to the requested extension of the deadline for completing consultation and issuing the Programmatic Biological Opinion are ongoing and the parties agreed to an interim extension of that deadline to allow them to continue their discussions until December 5, 2019, which the Court approved on November 6, 2019 (ECF No. 64), and the parties have agreed to a further interim extension until January 15, 2020 to continue their discussions.

THE PARTIES STIPULATE AS FOLLOWS:

1.	The current December 5, 2019 date for completing consultation and issuing the Programmatic Biological Opinion per the Agreement, as amended, is hereby extended to January 15, 2020.

2.	Except to the extent expressly modified by this Amendment, all terms and the definitions contained in the Settlement continue to apply in full force and effect during the extended Stay period.

IT IS SO STIPULATED

Dated: December 2, 2019

JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment & Natural Resources Division
SETH M. BARSKY, Chief

/s/ *Robert P. Williams*
ROBERT P. WILLIAMS
Sr. Trial Attorney (SBN 474730 (DC))
U.S. Department of Justice
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 305-0210; Fax: (202) 305-0275
Email: robert.p.williams@usdoj.gov

*Attorneys for Federal Defendant*

/s/ *Christopher D. Eaton*
Christopher D. Eaton (*Pro Hac Vice*)
Earthjustice
705 2nd Ave., Suite 203
Seattle, WA 98104
206-343-7340 Telephone
206-343-1526 Fax
ceaton@earthjustice.org

Andrea A. Treece (*Pro Hac Vice*)
Earthjustice
50 California St., Suite 500
San Francisco, CA 94111
415-217-2000 Telephone
415-217-2040 Fax
atreece@earthjustice.org

Tania Galloni
Earthjustice (FL Bar 619221)
4500 Biscayne Blvd., Suite 201
Miami, FL 33137
305-440-5432 Telephone
850-681-0020 Fax
tgalloni@earthjustice.org

***Attorneys for Plaintiffs Gulf Restoration Network, Sierra Club, and Center for Biological Diversity***


/s/ *David C. Banker*
David C. Banker, Esquire
Florida Bar No. 0352977
Bryan D. Hull, Esquire
Florida Bar No. 020969
Local Counsel for Intervenor American Petroleum Institute
BUSH ROSS, P.A.
1801 North Highland Avenue
P.O. Box 3913
Tampa, Florida 33601-3913
Telephone: (813) 224-9255
dbanker@bushross.com
bhull@bushross.com

Steven J. Rosenbaum, Trial Counsel
District of Columbia Bar No. 331728
Bradley Ervin, Esquire
District of Columbia Bar No.: 982559
Lead Counsel for Intervenor American

>Petroleum Institute
>COVINGTON & BURLING LLP
>One City Center, 850 Tenth Street, N.W.
>Washington, DC 20001-4956
>Telephone: (202) 662-5860
>bervin@cov.com
>srosenbaum@cov.com
>
>*Attorneys for Intervenor-Defendant*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: December _____, 2019

>_____
>James D. Whittemore,
>United States District Court Judge

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| GULF RESTORATION NETWORK, SIEERA CLUB, and CENTER FOR BIOLOGICAL DIVERSITY, | ) CASE NO. 8:18-cv-01504-JDW-AEP ) ) **CERTIFICATE OF SERVICE** |
| Plaintiff, | ) |
| v. | ) |
| NATIONAL MARINE FISHERIES SERVICE, | ) |
| Defendant. | ) |

    I hereby certify that on December 2, 2019, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. Counsel of record currently identified on the Mailing Information list to receive e-mail notices for this case are served via Notices of Electronic Filing generated by CM/ECF.

    /s/ *Robert P. Williams*
    ROBERT P. WILLIAMS
    Sr. Trial Attorney (SBN 474730 (DC))
    U.S. Department of Justice
    Wildlife & Marine Resources Section
    Ben Franklin Station, P.O. Box 7611
    Washington, D.C. 20044
    Tel: (202) 305-0210; Fax: (202) 305-0275
    Email: robert.p.williams@usdoj.gov

    ***Attorney for Federal Defendant***