UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

| | |
|---|---|
| GULF RESTORATION NETWORK, SIERRA CLUB, and CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL MARINE FISHERIES SERVICE, <br><br> Defendant, <br><br> AMERICAN PETROLEUM INSTITUTE, <br><br> Defendant-Intervenor. | CASE NO. 8:18-cv-01504-T-27AEP |

**JOINT MOTION TO APPROVE
STIPULATED AMENDMENT TO SETTLEMENT AGREEMENT**

All parties to this litigation, Gulf Restoration Network, Sierra Club, and Center for Biological Diversity ("Plaintiffs"), the National Marine Fisheries Service ("Federal Defendant," or "NMFS"), and American Petroleum Institute ("Defendant-Intervenor") have agreed to amend the settlement agreement previously entered in the above-captioned case (ECF Nos. 61 & 62) ("Settlement") on the terms memorialized in this Stipulated Amendment to Settlement Agreement ("Amendment").

WHEREAS, the Settlement provides, in pertinent part, that Federal Defendant shall

1

complete consultation and issue the Programmatic Biological Opinion on or before November 5, 2019.  Settlement ¶ 1 (ECF No. 61 at 3).

WHEREAS, the Settlement states that it "may be modified by the Court upon good cause shown, consistent with the Federal Rules of Civil Procedure, by (i) written stipulation between the parties filed with and approved by the Court, or (ii) upon written motion filed by one of the Parties and granted by the Court."  Settlement ¶ 7 (ECF No. 61 at 5).

WHEREAS, the Settlement further states: "Upon approval of this Stipulation by the Court, Plaintiffs' Complaint shall be dismissed with prejudice. Notwithstanding the dismissal of this action, however, the Parties hereby stipulate and respectfully request that the Court retain jurisdiction to oversee compliance with the terms of this Stipulation and to resolve any motions to modify such terms. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994)." Settlement ¶ 17 (ECF No. 61 at 7).

WHEREAS, the Stipulated Order of Dismissal states: "Notwithstanding the dismissal of this action, the Parties agree and request that pursuant to the Parties' Joint Stipulation, executed on July 17, 2019, as a condition of this stipulation, the Court retain continuing and exclusive jurisdiction to enforce the Joint Stipulation under the authority of *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 381-82 (1994)."  7/19/19 Order at 1 (ECF No. 62).

WHEREAS, the Stipulated Order of Dismissal further states: "The terms and conditions of the parties' Stipulated Settlement Agreement are hereby adopted as an enforceable ORDER of this Court."  7/19/19 Order at 2 (ECF No. 62).

WHEREAS, the Settlement states: "MODIFICATION OF AGREEMENT - Any party may seek to modify the deadline for the actions specified in Paragraph 1 for good cause shown, consistent with the Federal Rules of Civil Procedure."  Settlement ¶ 6 (ECF No. 61 at 4).

WHEREAS, the Settlement further states: "In the event that either party seeks to modify the terms of this Stipulation, including the deadline specified in Paragraph 1, or in the event of a dispute arising out of or relating to this Stipulation, or in the event that either party believes that the other party has failed to comply with any term or condition of this Stipulation, the party seeking the modification, raising the dispute, or seeking enforcement shall provide the other party with notice of the claim."  Settlement ¶ 7 (ECF No. 61 at 5).

WHEREAS, Federal Defendant NMFS, though counsel, notified the parties in October 2019 that it wishes to extend the deadline in the Settlement for completing consultation and issuing the Programmatic Biological Opinion until May 5, 2020, for two basic reasons.  First, NMFS requires additional time to complete its ESA Section 7 consultation and BiOp given its broad scope and the extraordinarily complex scientific, technical, and regulatory subject matters that are being analyzed.  Second, one of the primary agency actions that the BiOp is analyzing, proposed Incidental Take Regulations to be issued by NMFS pursuant to the Marine Mammal Protection Act ("MMPA"), are currently expected to be completed by May 5, 2020 pursuant to a settlement agreement entered in a related lawsuit.  *Natural Resources Defense Council, et al. v. David Bernhardt, et al*., No. 2:10-cv-01882-JCZ-JCW (E.D. La.) ("NRDC Settlement"), Dkt. 163-164.

WHEREAS, beginning in October 2019, undersigned counsel for NMFS met and

conferred with counsel for Plaintiffs via telephone and electronic mail on multiple occasions, providing detailed written and verbal explanations of the request to extend the deadline for issuance of the Programmatic Biological Opinion and the grounds for the request and during which counsel for Plaintiffs detailed their concerns with the request, including the effects of ongoing and new activities proceeding under the existing 2007 Biological Opinion. Undersigned counsel also met and conferred with counsel for Intervenor-Defendant API during this time period.

WHEREAS, the parties agreed to two interim extensions of the deadline for completion of consultation and issuance of the Programmatic Biological Opinion to allow them to meet and confer, ultimately until January 15, 2020 (ECF Nos. 64 & 67).

WHEREAS, counsel for Plaintiffs has advised undersigned counsel that Plaintiffs will not consent to extension of the Agreement's deadline until May 5, 2020.  Counsel for Intervenor-Defendant API has advised that API does consent to an extension of the Agreement's deadline until May 5, 2020.

WHEREAS, Defendant NMFS subsequently has been preparing a motion to amend the settlement agreement until May 5, 2020 (to be filed by no later than January 24, 2020) pursuant to the applicable provisions of the Agreement (Settlement ¶¶ 6, 7, 17 (ECF No. 61 at 4, 5, 7)), and has reached agreement with Plaintiffs to toll the current January 15, 2020 deadline to complete consultation and issue the Programmatic Biological Opinion pending resolution of that motion on the condition that, in the event that the motion is denied, NMFS issue the Programmatic Biological Opinion within 14 days of the date of any order denying the motion.

Counsel for API has advised that, while API supports tolling the deadline for completion of consultation and issuance of the Programmatic Biological Opinion, it opposes the 14-day provision.

WHEREAS, on January 14, 2020, the parties jointly moved the Court to approve the interim tolling of the January 15, 2020 deadline and to resolve the dispute over the 14-day provision.  ECF No. 69.

WHEREAS, on January 14, 2020, the Court denied the parties' motion (ECF No. 69), stating that the Court "lacks jurisdiction to decide that. Jurisdiction was reserved to 'enforce the Joint Stipulation,' not decide disagreements about whether the Stipulation should be modified. Nor is the Court authorized to add terms to or modify the Settlement Agreement, absent stipulation of all parties."  1/14/20 Order (ECF No. 70).

WHEREAS, no party to the litigation expected the Programmatic Biological Opinion to be issued on January 15, 2020, and it is not in the public interest to issue the Opinion without adequate time for agency coordination, given the magnitude and importance of the Opinion. The draft Opinion is approximately 800 pages in length, including appendices, and analyzes the effects of numerous federal agency actions, including actions by the Bureau of Ocean Energy Management, the Bureau of Safety and Environmental Enforcement within the Department of Interior, the U.S. Environmental Protection Agency, and the Permits and Conservation Division of the Office of Protected Resources, a subcomponent within NMFS.

WHEREAS, the parties are currently reviewing the Court's January 14, 2020 Order (ECF No. 70), and its implications regarding NMFS' planned motion to extend the Settlement

until May 5, 2020.

ALL PARTIES STIPULATE AS FOLLOWS:

1.     The current January 15, 2020 date for completing consultation and issuing the Programmatic Biological Opinion per the Agreement, as amended, is hereby extended to January 22, 2020.

2.     Except to the extent expressly modified by this Amendment, all terms and the definitions contained in the Settlement continue to apply in full force and effect during the extended Stay period.

IT IS SO STIPULATED

Dated: January 15, 2020

          JEAN E. WILLIAMS
          Deputy Assistant Attorney General
          Environment & Natural Resources Division
          SETH M. BARSKY, Chief

          /s/ *Robert P. Williams*
          ROBERT P. WILLIAMS
          Sr. Trial Attorney (SBN 474730 (DC))
          U.S. Department of Justice
          Wildlife & Marine Resources Section
          Ben Franklin Station, P.O. Box 7611
          Washington, D.C. 20044
          Tel: (202) 305-0210; Fax: (202) 305-0275
          Email: robert.p.williams@usdoj.gov

          ***Attorneys for Federal Defendant***

          /s/ *Christopher D. Eaton*
          Christopher D. Eaton (*Pro Hac Vice*)
          Earthjustice
          705 2nd Ave., Suite 203

Seattle, WA 98104
206-343-7340 Telephone
206-343-1526 Fax
ceaton@earthjustice.org
Andrea A. Treece (*Pro Hac Vice*)
Earthjustice
50 California St., Suite 500
San Francisco, CA 94111
415-217-2000 Telephone
415-217-2040 Fax
atreece@earthjustice.org

Tania Galloni
Earthjustice (FL Bar 619221)
4500 Biscayne Blvd., Suite 201
Miami, FL 33137
305-440-5432 Telephone
850-681-0020 Fax
tgalloni@earthjustice.org

*Attorneys for Plaintiffs Gulf Restoration Network, Sierra Club, and Center for Biological Diversity*


/s/ *David C. Banker*
David C. Banker, Esquire
Florida Bar No. 0352977
Bryan D. Hull, Esquire
Florida Bar No. 020969
Local Counsel for Intervenor American Petroleum Institute
BUSH ROSS, P.A.
1801 North Highland Avenue
P.O. Box 3913
Tampa, Florida 33601-3913
Telephone: (813) 224-9255
dbanker@bushross.com
bhull@bushross.com

Steven J. Rosenbaum, Trial Counsel
District of Columbia Bar No. 331728

7

                                Bradley Ervin, Esquire
                                District of Columbia Bar No.: 982559
                                Lead Counsel for Intervenor American
                                Petroleum Institute
                                COVINGTON & BURLING LLP
                                One City Center, 850 Tenth Street, N.W.
                                Washington, DC 20001-4956
                                Telephone: (202) 662-5860
                                bervin@cov.com
                                srosenbaum@cov.com

                                ***Attorneys for Intervenor-Defendant***

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: January 15, 2020

*/s/ James D. Whittemore*

**JAMES D. WHITTEMORE**
**United States District Judge**