UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

| | |
|---|---|
| GULF RESTORATION NETWORK, SIERRA CLUB, and CENTER FOR BIOLOGICAL DIVERSITY, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| NATIONAL MARINE FISHERIES SERVICE, | ) CASE NO. 8:18-cv-01504-JDW-AEP<br>)<br>) |
| Defendant, | )<br>) |
| AMERICAN PETROLEUM INSTITUTE, | )<br>)<br>) |
| Defendant-Intervenor. | ) |

**JOINT MOTION TO APPROVE**
**STIPULATED AMENDMENT TO SETTLEMENT AGREEMENT**

All parties to this litigation, Gulf Restoration Network, Sierra Club, and Center for Biological Diversity ("Plaintiffs"), the National Marine Fisheries Service ("Federal Defendant," or "NMFS"), and American Petroleum Institute ("Defendant-Intervenor") have agreed to amend the settlement agreement previously entered in the above-captioned case (ECF Nos. 61 & 62) ("Settlement") on the terms memorialized in this Stipulated Amendment to Settlement Agreement ("Amendment").

WHEREAS, the Settlement provides, in pertinent part, that Federal Defendant shall complete consultation and issue the Programmatic Biological Opinion on or before November

5, 2019.  Settlement ¶ 1 (ECF No. 61 at 3).

WHEREAS, the Settlement states that it "may be modified by the Court upon good cause shown, consistent with the Federal Rules of Civil Procedure, by (i) written stipulation between the parties filed with and approved by the Court, or (ii) upon written motion filed by one of the Parties and granted by the Court."  Settlement ¶ 7 (ECF No. 61 at 5).

WHEREAS, the parties have agreed to extend the deadline for completion of consultation and issuance of the Programmatic Biological Opinion until January 22, 2020 (ECF Nos. 64, 67 & 72).

ALL PARTIES STIPULATE AS FOLLOWS:

1.	The current January 22, 2020 date for completing consultation and issuing the Programmatic Biological Opinion per the Agreement, as amended, is hereby extended to March 13, 2020.

2.	Except to the extent expressly modified by this Amendment, all terms and the definitions contained in the Settlement continue to apply in full force and effect during the extended Stay period.

IT IS SO STIPULATED

Dated:  January 21, 2020

>						JEAN E. WILLIAMS
>						Deputy Assistant Attorney General
>						Environment & Natural Resources Division
>						SETH M. BARSKY, Chief
>
>						/s/ *Robert P. Williams*
>						ROBERT P. WILLIAMS
>						Sr. Trial Attorney (SBN 474730 (DC))

2

U.S. Department of Justice
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 305-0210; Fax: (202) 305-0275
Email: robert.p.williams@usdoj.gov

*Attorneys for Federal Defendant*

/s/ *Christopher D. Eaton*
Christopher D. Eaton (*Pro Hac Vice*)
Earthjustice
705 2nd Ave., Suite 203
Seattle, WA 98104
206-343-7340 Telephone
206-343-1526 Fax
ceaton@earthjustice.org
Andrea A. Treece (*Pro Hac Vice*)
Earthjustice
50 California St., Suite 500
San Francisco, CA 94111
415-217-2000 Telephone
415-217-2040 Fax
atreece@earthjustice.org

Tania Galloni
Earthjustice (FL Bar 619221)
4500 Biscayne Blvd., Suite 201
Miami, FL 33137
305-440-5432 Telephone
850-681-0020 Fax
tgalloni@earthjustice.org

*Attorneys for Plaintiffs Gulf Restoration Network, Sierra Club, and Center for Biological Diversity*
 /s/ *David C. Banker*
 David C. Banker, Esquire
 Florida Bar No. 0352977
 Bryan D. Hull, Esquire
 Florida Bar No. 020969

3

Local Counsel for Intervenor American Petroleum Institute
BUSH ROSS, P.A.
1801 North Highland Avenue
P.O. Box 3913
Tampa, Florida 33601-3913
Telephone: (813) 224-9255
dbanker@bushross.com
bhull@bushross.com

Steven J. Rosenbaum, Trial Counsel
District of Columbia Bar No. 331728
Bradley Ervin, Esquire
District of Columbia Bar No.: 982559
Lead Counsel for Intervenor American Petroleum Institute
COVINGTON & BURLING LLP
One City Center, 850 Tenth Street, N.W.
Washington, DC 20001-4956
Telephone: (202) 662-5860
bervin@cov.com
srosenbaum@cov.com

***Attorneys for Intervenor-Defendant***

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: January _____, 2020

_____
James D. Whittemore,
United States District Court Judge

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| GULF RESTORATION NETWORK, SIEERA CLUB, and CENTER FOR BIOLOGICAL DIVERSITY, | ) CASE NO. 8:18-cv-01504-JDW-AEP ) ) **CERTIFICATE OF SERVICE** |
| Plaintiff, | ) |
| v. | ) |
| NATIONAL MARINE FISHERIES SERVICE, | ) |
| Defendant. | ) |

    I hereby certify that on January 21, 2020, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. Counsel of record currently identified on the Mailing Information list to receive e-mail notices for this case are served via Notices of Electronic Filing generated by CM/ECF.

        /s/ *Robert P. Williams*
        ROBERT P. WILLIAMS
        Sr. Trial Attorney (SBN 474730 (DC))
        U.S. Department of Justice
        Wildlife & Marine Resources Section
        Ben Franklin Station, P.O. Box 7611
        Washington, D.C. 20044
        Tel: (202) 305-0210; Fax: (202) 305-0275
        Email: robert.p.williams@usdoj.gov

        ***Attorney for Federal Defendant***